Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−13836−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Norma S. Buen
   15 McIntosh Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−5125

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/2/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 2, 2019
JAN: bc

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-13836-ABA
Norma S. Buen                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Dec 02, 2019
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db          +Norma S. Buen,    15 McIntosh Road,    Sewell, NJ 08080-3035
518168051   +Citizens Bank of Pennsylvania,   c/o Citizens Bank, N.A.,    10561 Telegraph Road,
              Glen Allen, VA 23059-4577
518048282    Citizens One Home Loans,   PO Box 6260,    Glen Allen, VA 23058-6260
518050869   +Dyan C. Mantalaba,    15 McIntosh Road,    Sewell, NJ 08080-3035
518048284   +Faloni & Assoc.,   P.O. Box 1285,    Caldwell, NJ 07007-1285
518048285    Garden State Investment,    6601 Ventnor Avenue,    Suite 104,   Ventnor City, NJ 08406-2168
518048287   +Lyons Doughty & Veldhuis,    PO Box 1269,   Mount Laurel, NJ 08054-7269
518048288    Pressler, Felt and Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518048290    Township of Washington,    PO Box 106,   Turnersville, NJ 08012
518048291   +Viking,   Attn: Law Offices of Joel Cardis, LLC,    2006 Swede Road, Suite 100,
              Norristown, PA 19401-1787

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 03 2019 00:50:13     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 03 2019 00:50:09     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518048281   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 03 2019 00:51:14
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
              Coral Gables, FL 33146-1837
518065390    EDI: DISCOVER.COM Dec 03 2019 05:03:00      Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
518048283   +EDI: DISCOVER.COM Dec 03 2019 05:03:00      Discover Card,   Attn: Bankruptcy Dept.,
              PO Box 3025,   New Albany, OH 43054-3025
518048286    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 00:57:30      LVNV Funding, LLC,
              P.O. Box 10497,   Ste 110, Ms 576,    Greenville, SC 29603-0497
518129924    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 00:57:24      LVNV Funding, LLC,
              c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
518214026    EDI: PRA.COM Dec 03 2019 05:03:00      Portfolio Recovery Associates, LLC,   c/o Sams Club,
              POB 41067,   Norfolk VA 23541
518214197    EDI: PRA.COM Dec 03 2019 05:03:00      Portfolio Recovery Associates, LLC,
              c/o Sams Club Mastercard,    POB 41067,   Norfolk VA 23541
518053043   +EDI: RMSC.COM Dec 03 2019 05:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
518048289    EDI: RMSC.COM Dec 03 2019 05:03:00      Synchrony Bank/Sam's Club,    PO Box 965060,
              Orlando, FL 32896-5060
518067885   +EDI: CHRYSLER.COM Dec 03 2019 05:03:00      TD Auto Finance,   PO Box 551080,
              Jacksonville, FL 32255-1080
518048292    EDI: WFFC.COM Dec 03 2019 05:03:00      Wells Fargo Bank - Health Advantage,    PO Box 71118,
              Charlotte, NC 28272-1118
518161932    EDI: WFFC.COM Dec 03 2019 05:03:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518227816*  +Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
              Coral Gables, FL 33146-1837
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 02, 2019
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Citizens BK Pennsylvania NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Melissa S DiCerbo     on behalf of Creditor    Citizens BK Pennsylvania nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Richard S. Hoffman, Jr.     on behalf of Debtor Norma S. Buen rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```