Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−13836−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Norma S. Buen
  15 McIntosh Road
  Sewell, NJ 08080

Social Security No.:
  xxx−xx−5125

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                2/26/20
Time:                09:00 AM
Location:                Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens
under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served
seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection
to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case
may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 8, 2020
JAN: bc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13836-ABA
Norma S. Buen                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jan 08, 2020
                             Form ID: 132              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db            +Norma S. Buen,   15 McIntosh Road,    Sewell, NJ 08080-3035
518168051     +Citizens Bank of Pennsylvania,   c/o Citizens Bank, N.A.,    10561 Telegraph Road,
               Glen Allen, VA 23059-4577
518048282      Citizens One Home Loans,    PO Box 6260,    Glen Allen, VA 23058-6260
518050869     +Dyan C. Mantalaba,    15 McIntosh Road,   Sewell, NJ 08080-3035
518048284     +Faloni & Assoc.,    P.O. Box 1285,    Caldwell, NJ 07007-1285
518048285      Garden State Investment,    6601 Ventnor Avenue,    Suite 104,   Ventnor City, NJ 08406-2168
518048287     +Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
518048288      Pressler, Felt and Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518067885     +TD Auto Finance,    PO Box 551080,    Jacksonville, FL 32255-1080
518048290      Township of Washington,    PO Box 106,    Turnersville, NJ 08012
518048291     +Viking,   Attn: Law Offices of Joel Cardis, LLC,    2006 Swede Road, Suite 100,
               Norristown, PA 19401-1787
518048292      Wells Fargo Bank - Health Advantage,    PO Box 71118,    Charlotte, NC 28272-1118
518161932      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2020 00:07:21    U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2020 00:07:19    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518048281     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 09 2020 00:07:44
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
               Coral Gables, FL 33146-1837
518065390      E-mail/Text: mrdiscen@discover.com Jan 09 2020 00:06:42    Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518048283     +E-mail/Text: mrdiscen@discover.com Jan 09 2020 00:06:42    Discover Card,
               Attn: Bankruptcy Dept.,    PO Box 3025,    New Albany, OH 43054-3025
518048286      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 00:05:07    LVNV Funding, LLC,
               P.O. Box 10497,    Ste 110, Ms 576,    Greenville, SC 29603-0497
518129924      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 00:05:08    LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518214026      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 00:05:53
               Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,   Norfolk VA 23541
518214197      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 00:04:57
               Portfolio Recovery Associates, LLC,    c/o Sams Club Mastercard,    POB 41067,
               Norfolk VA 23541
518053043     +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 00:05:37    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518048289      E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 00:05:38    Synchrony Bank/Sam's Club,
               PO Box 965060,   Orlando, FL 32896-5060
                                                                                      TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518227816*    +Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 08, 2020
                             Form ID: 132              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
     Alexandra T. Garcia    on behalf of Creditor    Citizens BK Pennsylvania NJECFMAIL@mwc-law.com,
     nj-ecfmail@ecf.courtdrive.com
     Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
     Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
     Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Melissa S DiCerbo    on behalf of Creditor    Citizens BK Pennsylvania nj-ecfmail@mwc-law.com,
     nj-ecfmail@ecf.courtdrive.com
     Richard S. Hoffman, Jr.    on behalf of Debtor Norma S. Buen rshoffman@hoffmandimuzio.com,
     lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                       TOTAL: 6