UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

**IN RE:**                                                                   **CASE NO.: 19-13836**

**CHAPTER 13**

**Norma S. Buen,**
**Debtor.**

_____/

## **REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Ruby Stone Trust, A Delaware Statutory Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            130 Clinton Rd #202
                                            Fairfield, NJ 07004
                                            Telephone: 470-321-7112

                                            By: /s/Kimberly Wilson
                                                Kimberly Wilson
                                                Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NORMA S. BUEN
15 MCINTOSH ROAD
SEWELL, NJ 08080

And via electronic mail to:

HOFFMAN DIMUZIO
412 SWEDESBORO ROAD
MULLICA HILL, NJ 08062

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amber Matas