**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Norma S. Buen <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5125 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–13836–ABA | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Norma S. Buen

<u>6/14/24</u>     **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13836-ABA |
| Norma S. Buen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 14, 2024 | Form ID: 3180W | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norma S. Buen, 15 McIntosh Road, Sewell, NJ 08080-3035 |
| cr | + | Ruby Stone Trust, A Delaware Statutory Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 518050869 | + | Dyan C. Mantalaba, 15 McIntosh Road, Sewell, NJ 08080-3035 |
| 518048284 | + | Faloni & Assoc., P.O. Box 1285, Caldwell, NJ 07007-1285 |
| 518048285 | | Garden State Investment, 6601 Ventnor Avenue, Suite 104, Ventnor City, NJ 08406-2168 |
| 520235167 | + | Ruby Stone Trust, A Delaware Statutory Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520248022 | + | Ruby Stone Trust, A Delaware Statutory Trust, Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 520248023 | + | Ruby Stone Trust, A Delaware Statutory Trust, Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Ruby Stone Trust, A Delaware Statutory T Rushmore Servicing 75261-9096 |
| 518053043 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518048290 | | Township of Washington, PO Box 106, Turnersville, NJ 08012 |
| 518048291 | + | Viking, Attn: Law Offices of Joel Cardis, LLC, 2006 Swede Road, Suite 100, Norristown, PA 19401-1787 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2024 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2024 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518048281 | + | EDI: LCIBAYLN | Jun 15 2024 00:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 518168051 | ^ | MEBN | Jun 14 2024 20:51:57 | Citizens Bank of Pennsylvania, c/o Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 518048282 | ^ | MEBN | Jun 14 2024 20:52:44 | Citizens One Home Loans, PO Box 6260, Glen Allen, VA 23058-6260 |
| 518994388 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 20:56:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518994387 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 20:56:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518065390 | | EDI: DISCOVER | Jun 15 2024 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518048283 | + | EDI: DISCOVER | Jun 15 2024 00:40:00 | Discover Card, Attn: Bankruptcy Dept., PO Box |

Case 19-13836-ABA   Doc 54   Filed 06/16/24   Entered 06/17/24 00:15:50   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2024 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 518129924 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 21:01:26 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518048286 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 21:01:49 | LVNV Funding, LLC, P.O. Box 10497, Ste 110, Ms 576, Greenville, SC 29603-0497 |
| 518048287 | + | Email/Text: BKNotice@ldvlaw.com | Jun 14 2024 20:56:00 | Lyons Doughty & Veldhuis, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519660527 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 20:56:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 519660528 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 20:56:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept. |
| 518214026 | | EDI: PRA.COM | Jun 15 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 518214197 | | EDI: PRA.COM | Jun 15 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Sams Club Mastercard, POB 41067, Norfolk VA 23541 |
| 518048288 | | Email/Text: signed.order@pfwattorneys.com | Jun 14 2024 20:56:00 | Pressler, Felt and Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518053043 | ^ | MEBN | Jun 14 2024 20:52:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518048289 | | EDI: SYNC | Jun 15 2024 00:40:00 | Synchrony Bank/Sam's Club, PO Box 965060, Orlando, FL 32896-5060 |
| 518067885 | + | EDI: LCITDAUTO | Jun 15 2024 00:40:00 | TD Auto Finance, PO Box 551080, Jacksonville, FL 32255-1080 |
| 518048292 | | EDI: WFFC2 | Jun 15 2024 00:40:00 | Wells Fargo Bank - Health Advantage, PO Box 71118, Charlotte, NC 28272-1118 |
| 518161932 | | EDI: WFFC2 | Jun 15 2024 00:40:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518227816 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024         Signature:    /s/Gustava Winters

Case 19-13836-ABA   Doc 54   Filed 06/16/24   Entered 06/17/24 00:15:50   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2024 | Form ID: 3180W | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Citizens BK Pennsylvania NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Lubin | on behalf of Creditor Citizens BK Pennsylvania nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Citizens Bank  N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Ruby Stone Trust  A Delaware Statutory Trust kimwilson@raslg.com |
| Marisa Myers Cohen | on behalf of Creditor Citizens BK Pennsylvania nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Citizens BK Pennsylvania nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Norma S. Buen rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11